# UNITED STATES DISTRICT COURT
## for the SOUTHERN DISTRICT OF INDIANA, INDIANAPOLIS DIVISION

| | |
|---|---|
| GENESIS M. HILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 1:12-cv-1060-DKL-RLY |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The decision of the defendant Commissioner denying Plaintiff's claim for disability benefits is **AFFIRMED**.

**SO ORDERED this date:** 09/27/2013

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution to all ECF-registered counsel of record *via* ECF-generated e-mail.